# In the United States Court of Federal Claims

Nos. 13-402, 13-917, 13-935, 13-972, 14-47, 14-93, 14-174, 14-175, 17-997
(Filed: 27 July 2025)

**************************************

ALTA WIND I OWNER LESSOR C, *et al.*,　　*

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

**************************************

## ORDER

On 2 July 2026, the Court issued a Trial Opinion and Order finding the "government's cost approach—with some of plaintiffs' modifications—properly calculates the fair market value of the Class V assets in accordance with the Federal Circuit's Remand Opinion." *See* 2 July 2026 Trial Op. & Order (Public Version) at 95–96, ECF No. 494. The Court instructed the parties to file a Joint Status Report reflecting the fair market value of the grant-eligible assets utilizing the cost approach (with the exclusion of Development Rights and the inclusion of developer profits for each facility), with a table containing "(1) the result of calculations of fair market value of the eligible assets for each of the Alta facilities in accordance with the following steps; and (2) the cash grant value (thirty percent of the fair market value of the eligible assets)." *Id.* In their Joint Status Report submitted 24 July 2026, the parties stated:

> [T]he steps articulated in the Court's Order yields a total FMV of the Class V tangible, grant-eligible property of $2,014,277,851.10 across Altas I-VI. The cash grant, equal to 30% of that total, computes to $604,283,355.33 across Altas I-VI. Treasury previously paid plaintiffs collectively cash grants of $554,876,152.00. The difference between the cash grant amounts previously paid of $554,876,152.00 and the total computed cash grant of $604,283,355.33 is $49,407,203.33.

Joint Status Report at 2, ECF No. 495.

Accordingly, the Court awards plaintiffs damages in amounts equal to the shortfall between the grant amounts to which plaintiffs were entitled and the amounts the government awarded, totaling $49,407,203.33. The table displayed on the following pages—based on the parties' JSR exhibits, *see id.* at 3–4—shows the damages each plaintiff is awarded:

| Facility | Fair Market Value of Tangible, Grant-Eligible Property | Calculated Cash Grant | Cash Grant Previously Paid | Unpaid Cash Grant Balance | Plaintiff | Plaintiff's Share | Unpaid Cash Grant Due per Plaintiff |
|---|---|---|---|---|---|---|---|
| Alta I | $415,273,549 | $124,582,064.73 | $119,899,932.00 | $4,682,132.73 | Alta Wind I Owner Lessor A | 25% of Alta I | $1,170,533.18 |
| | | | | | Alta Wind I Owner Lessor B | 25% of Alta I | $1,170,533.18 |
| | | | | | Alta Wind I Owner Lessor C | 25% of Alta I | $1,170,533.18 |
| | | | | | Alta Wind I Owner Lessor D | 25% of Alta I | $1,170,533.18 |
| Alta II | $329,909,512 | $98,972,853.48 | $91,166,485.00 | $7,806,368.48 | Alta Wind II Owner Lessor A | 25% of Alta II | $1,951,592.12 |
| | | | | | Alta Wind II Owner Lessor B | 25% of Alta II | $1,951,592.12 |
| | | | | | Alta Wind II Owner Lessor C | 20% of Alta II | $1,561,273.70 |
| | | | | | Alta Wind II Owner Lessor D | 15% of Alta II | $1,170,955.27 |
| | | | | | Alta Wind II Owner Lessor E | 15% of Alta II | $1,170,955.27 |
| Alta III | $333,660,341 | $100,098,102.24 | $92,375,864.00 | $7,722,238.24 | Alta Wind III Owner Lessor A | 25% of Alta III | $1,930,559.56 |
| | | | | | Alta Wind III Owner Lessor B | 25% of Alta III | $1,930,559.56 |
| | | | | | Alta Wind III Owner Lessor C | 25% of Alta III | $1,930,559.56 |
| | | | | | Alta Wind III Owner Lessor D | 25% of Alta III | $1,930,559.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Alta Wind IV Owner Lessor A | 25% of Alta IV | $1,310,046.99 |
| | | | | | Alta Wind IV Owner Lessor B | 25% of Alta IV | $1,310,046.99 |
| **Alta IV** | $223,900,333 | $67,170,099.96 | $61,929,912.00 | $5,240,187.96 | Alta Wind IV Owner Lessor C | 25% of Alta IV | $1,310,046.99 |
| | | | | | Alta Wind IV Owner Lessor D | 25% of Alta IV | $1,310,046.99 |
| | | | | | Alta Wind V Owner Lessor A | 25% of Alta V | $2,160,634.79 |
| | | | | | Alta Wind V Owner Lessor B | 25% of Alta V | $2,160,634.79 |
| **Alta V** | $370,804,117 | $111,241,235.16 | $102,598,696.00 | $8,642,539.16 | Alta Wind V Owner Lessor C | 25% of Alta V | $2,160,634.79 |
| | | | | | Alta Wind V Owner Lessor D | 25% of Alta V | $2,160,634.79 |
| **Mustang Hills, LLC** | $340,729,999 | $102,218,999.76 | $86,905,263.00 | $15,313,736.76 | Mustang Hills, LLC | 100% of Alta VI | $15,313,736.76 |
| **Total** | -- | $604,283,355.33 | $554,876,152.00 | $49,407,203.33 | -- | -- | $49,407,203.32 |

The Clerk is directed to enter judgment for the plaintiffs in the amount of $49,407,203.33, as prescribed by the table above, plus interest, to the extent required under law. Pursuant to RCFC 54(d), the Court awards reasonable costs to plaintiffs.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge